**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Brian P. Matthews, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Telephone   1+ 609 987 0050
Facsimile    1+ 609 951 0824

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUBOS NAPRSTEK,<br><br>    Plaintiff,<br><br>    v.<br><br>DITECH FINANCIAL LLC, DT HOLDINGS LLC, GREENTREE SERVICING LLC, WALTER INVESTMENT MANAGEMENT CO., FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE), TBI, TOLL BROTHERS, BANK OF AMERICA, and SAFEGUARD PROPERTY,<br><br>    Defendants. | Civil Action No.<br>2:18-CV-11442-CCC-SCM<br><br>*Motion Returnable:*<br>*January 7, 2019*<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE** |

To:   Joshua Louis Thomas
      Joshua L. Thomas & Associates
      1110 Pocopson Road
      P.O. Box 415
      Popcorn, PA 19366
      *Attorneys for Plaintiff Lubos Naprstek*

- 2 -

**PLEASE TAKE NOTICE THAT** on January 7, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Ditech Financial LLC, DT Holdings LLC, Green Tree Servicing LLC, Walter Investment Management Corporation, and Federal National Mortgage Association (collectively, "Defendants") shall move before the Honorable Judge Claire C. Cecchi, U.S.D.J., at the Federal District Court for the District of New Jersey located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on a Motion to Dismiss Plaintiff's Amended Complaint with Prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant shall rely on its Memorandum of Law and Certification of Brian P. Matthews, Esq., with exhibits submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendant's Motion to Dismiss Plaintiff's Complaint is enclosed herewith.

                                                   **REED SMITH LLP**

                                                 *s/ Brian P. Matthews*
                                                 Brian P. Matthews

Dated: November 27, 2018