# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUBOS NAPRSTEK,<br><br>    Plaintiff,<br><br>v.<br><br>DITECH FINANCIAL LLC, et al.<br><br>    Defendants. | CIVIL ACTION NO.: 2:18-CV-11442-CCC-SCM<br><br>*Civil Action* |

## STIPULATION OF VOLUNTARY DISMISSAL OF ONLY

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

    I am the attorney for the Plaintiff in this matter and we voluntarily dismiss with prejudice ONLY defendants DITECH FINANCIAL LLC, DT HOLDINGS LLC, GREEN TREE SERVICING LLC, and WALTER INVESTMENT MANAGEMENT CO. from this case.

                                    Respectfully,

                                      _/s/ Joshua L. Thomas__
                                    Joshua Thomas, Esq.

DATED: March 3, 2020